UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 5: 16-045-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| CHARLES E. JOHNSON, JR., | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Defendant Charles E. Johnson, Jr., was convicted of securities fraud and related offenses in the United States District Court for the Eastern District of Virginia. He was sentenced in November 2008 to 108 months' imprisonment, to be followed by three years of supervised release. Johnson also was ordered to pay $9,700,000.00 in restitution, nearly all of which remains outstanding. His supervision was transferred to this Court on May 16, 2016, shortly after he began serving the term of supervised release.

Johnson's supervising probation officer issued a report on March 29, 2019, alleging that Johnson had violated the conditions of his supervised release. More specifically, the officer alleged that Johnson had improperly transferred funds into an account at Wynn Casino in Las Vegas, Nevada, and failed to disclose the casino account and gambling losses to the officer. Johnson made an initial appearance before United States Magistrate Judge Edward B. Atkins on April 12, 2019. At that time, Johnson's counsel raised a potential conflict which he suggested might lead the undersigned to recuse from further duties in this case. The Magistrate Judge subsequently held a hearing regarding the claim and issued a Recommended Disposition

concluding that recusal is not warranted. [Record No. 30] The defendant thereafter filed a response, indicating that he did not object to the Magistrate Judge's recommendation. [Record No. 32]

Although this Court must make a *de novo* determination of those portions of the Magistrate Judge's recommendations to which timely objections are made, 28 U.S.C. § 636(b)(1)(C), "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Accordingly, it is hereby

**ORDERED** as follows:

1. The Magistrate Judge's Recommended Disposition [Record No. 30] is **ADOPTED**, in full.

2. The defendant's Notice of Filing, construed as a Motion to Recuse [Record No. 22], is **DENIED**.

3. A final hearing regarding the alleged violations of the conditions of the defendant's term of supervised release will be held on **Wednesday, June 19, 2019,** beginning at the hour of **1:30 p.m.**, at the United States Courthouse in Lexington, Kentucky.

Dated: May 14, 2019.

Signed By: *Danny C. Reeves*
United States District Judge